UNITED STATES BANKRUPTCY COURT
Southern District of Georgia
OFFICE OF THE CLERK

Lucinda Rauback
Clerk of Court

125 Bull Street, Second Floor
P. O. Box 8347
Savannah, GA 31412
(912) 650–4100

Lainie Saul
Chief Deputy Clerk

Federal Justice Center
600 James Brown Blvd.
P.O. Box 1487
Augusta, GA 30903
(706) 823–6000

801 Gloucester Street, Third Floor
Brunswick, GA 31520
(912) 280–1376

December 26, 2019

A. Michelle Hart Ippoliti
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076

Re: Gloria L. Reid
Case #19–50355–MJK
Docket #19: Motion for Relief from Stay filed by Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A

Dear Mrs. Ippoliti:

On November 20, 2019, a hearing was held on the matter(s) referenced above. At that hearing, an announcement was made that a consent order was forthcoming. As of today, no order has been received by the Clerk's office.

Please submit the same by January 9, 2020, or the matter(s) will be scheduled for a status hearing.

If you have any questions or concerns, please contact me.

Sincerely,

/s/ Leigh Cribbs
Courtroom Deputy
(912) 280–1343

*GASB−82 (rev 04/18)* **ELC**